FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MJ 18-0831 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| JAIME SALVADOR MEDINA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A.    ( )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

defendant will comply with condition of release. Also defendant _____ appears to have ongoing substance abuse issues and criminal history.

(B)    (X)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

defendant will comply with conditions of release. Also defendant lacks bail resources, has foreign travel, ties outside US and possible substance abuse.

IT IS ORDERED that defendant be detained.

DATED: 4/9/18

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2